IN RE THE APPLICABILITY OF ECRA TO TWO GAF WARE-
HOUSES LOCATED IN GLOUCESTER CITY, NEW JERSEY.

July 11, 1989.

Petition for certification denied.

IN THE MATTER OF RULES ADOPTION REGARDING INMATE
MAIL TO ATTORNEYS, PUBLIC OFFICIALS, AND NEWS ME-
DIA REPRESENTATIVES.

July 11, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 478)

STATE OF NEW JERSEY v. ARCADIO PEREZ LOPEZ.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL LAMBERT.

July 11, 1989.

Petition for certification denied.